# United States District Court

_____ DISTRICT OF _____
Northern Mariana Islands

Joseph DLR Gonzales

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 07 - 0026

Robert Marc Weinberg

TO: (Name and address of defendant)
Robert Marc Weinberg

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David G. Banes
O'Connor Berman Dotts & Banes
P.O. Box 501969
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ____20____ days after service this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period time after service.

GALO L. PEREZ
CLERK

AUG 15 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 30 Aug 07 @ 5:35 pm |
| NAME OF SERVER (PRINT) Dianna T. Booher | TITLE Certified Process Server #231 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Grace Weinberge mother/co-resident

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  30 August 07
Date

Signature of Server: Dianna T. Booher

Address of Server:
Brevard Process Servers, Inc.
2193 Lakeview Dr.
Melbourne, Florida 32935 USA
(321) 757-4840

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Northern Marian Islands

Case Number: CV 07-0026

Plaintiff:
Joseph DLR Gonzales

vs.

Defendant:
Robert Marc Weinberg

For:
David G. Banes, Esquire
O'CONNOR BERMAN DOTTS & BANES
P. O. Box 501969
Saipan, MP 96950-1969

Received by BREVARD PROCESS SERVERS, INC. on the 27th day of August, 2007 at 10:26 am to be served on ROBERT MARC WEINBERG, 442 SAILFISH AVE, #5, CAPE CANAVERAL, FL 32920.

I, Dianna T Booher, being duly sworn, depose and say that on the 30th day of August, 2007 at 5:35 pm, I:

Substitute Served by leaving a true copy of this SUMMONS, FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL WITH ATTACHED EXHIBIT, with the date and hour of service endorsed thereon by me, at the within named person's usual place of abode, to a person residing therein who is 15 years of age or older to wit: served his mother/co-resident, GRACE WEINBERG, and informing said person of the contents thereof.

Military Status: Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

Under penalty of perjury, I declare that I have read the foregoing affidavit, and that the facts stated in it are true and correct. I am over the age of 18, have no interest in the above action, and am a court appointed PROCESS SERVER, in good standing, for the Judicial Circuit in Brevard County, Florida, in which the service was effected, and served in accordance with Federal Rules of Civil Procedure, Rule 4 (e)(2).

Subscribed and Sworn to, before me, on the 31st day of August, 2007, by the Affiant, who is personally known to me.

Notary Public

JANE R. ANDERSON
MY COMMISSION # DD 609554
EXPIRES: February 27, 2011
Bonded Thru Notary Public Underwriters

Dianna T Booher
Certified Process Server #231

BREVARD PROCESS SERVERS, INC.
2193 Lakeview Drive
Melbourne, FL 32935
(321) 751-4840

Our Job Serial Number: 2007001288
Ref: 3408-1

Copyright © 1992-2006 Database Services, Inc. - Process Servers Toolbox V6.0g