FILED
Clerk
District Court

NOV -5 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOSEPH DLR GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT MARC WEINBERG,<br><br>Defendant. | Civil Action No. 07-0026<br><br>Order Re Case Management<br>Conference |

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

S. Joshua Berger
Attorney at Law
P.O. Box 504340
Saipan, MP 96950

The Case Management Conference scheduled for Friday, November 16, 2007, at 9:00 a.m., is rescheduled to 8:45 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 5th day of November, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)