FILED
Clerk
District Court

NOV 16 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOSEPH DLR GONZALES,

Plaintiffs,

vs.

ROBERT MARC WEINBERG,

Defendant.

Civil Action No. 07-0026

Case Management Scheduling Order

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

S. Joshua Berger
Attorney at Law
P.O. Box 504340
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on November 16, 2007. As a result of the conference,

IT IS ORDERED THAT:

1.  All parties are to be joined on or before March 17, 2008.

2.  All motions to amend pleadings shall be filed on or before March 17, 2008.

3.  All discovery shall be served by April 16, 2008.

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. See e.g. Johnson v. Mammoth Recreations, Inc., 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See Coleman v. Quaker Oats Co., 232 F.3d 1271, 1294 (9th Cir. 2000).

4. All discovery motions shall be filed so as to be heard on or before May 15, 2008. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Expert disclosure - July 16, 2008.

6. Expert discovery shall be completed by September 19, 2008.

7. A status conference will be held on March 14, 2008, at 9:30 a.m.

8. All dispositive motions shall be heard on or before November 6, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

9. Motions In Limine to be heard no later than November 20, 2008.

10. A settlement conference will be held on November 21, 2008, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by November 21, 2008.

12. A final pretrial conference will be held on December 5, 2008, at 9:00 a.m.

13. The trial in this case shall begin on December 15, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 16th day of November, 2007, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson