**DAVID G. BANES, Esq. (FO171)**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

*Attorneys for Plaintiff Joseph DLR Gonzales*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| JOSEPH DLR GONZALES, ) | CIVIL CASE NO. 07-0026 |
| Plaintiff, ) | |
| vs. ) | PLAINTIFF'S PRE-DISCOVERY |
| ROBERT MARC WEINBERG, ) | DISCLOSURE STATEMENT |
| Defendant. ) | |

COMES NOW, Plaintiff, by and through counsel, and hereby submits the following prediscovery disclosures pursuant to Federal Rule of Civil Procedure 26(A)(1) and Local Rule 16.2 CJ (d).

A.   <u>Persons With Potentially Discoverable Information</u>

1. Mr. and Mrs. Joseph DLR Gonzales: Plaintiff and his wife. They have information as to how the accident occurred and Mr. Gonzales' injuries and damages and facts as alleged in the Complaint. They can be contacted via the offices of Plaintiff's counsel.

2. Various DPS Officials. Knowledge as to how the accident occurred. DPS can be contacted either directly or through the Attorney General's office.

1

3. Various CHC personnel. Knowledge as to Mr. Gonzales' injuries. CHC can be contacted either directly or through the Attorney General's office.

B. <u>Description of Relevant Document</u>

1. photographs of the site of the accident
2. DPS report
3. medical records of Plaintiff
4. any documents identified by Defendant in response to discovery requests

C. <u>Damages Claimed By Plaintiff</u>

Plaintiff claims damages for personal injury to include past and future medical expenses, past and future impairment of the ability to enjoy life, mental anguish, physical suffering, statutory damages and, where appropriate, pre-judgment interest. Plaintiff claims attorney fees and costs in this litigation.

Dated: November 30, 2007.

    Respectfully submitted,

    O'CONNOR BERMAN DOTTS & BANES
    Attorneys for Plaintiff Joseph DLR Gonzales

    By: /s/_____
        David G. Banes, Esq.

3408-01-071126-Initial Disclosures-epv