MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, DNA Building
Hagåtña, Guam 96910
Telephone:     (671) 472-2089
Facsimile:     (671) 477-5206


LAW OFFICES OF S. JOSHUA BERGER
D'Torres Building, Garapan
P.O. Box 504340
Saipan, MP 96950
Telephone:     (670) 235-8060
Facsimile:     (670) 235-8070

Attorneys for Robert Marc Weinberg


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS


| | | |
|---|---|---|
| JOSEPH DLR GONZALES, | ) | CIVIL CASE NO. 07-0026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANT'S** |
| | ) | **PRE-DISCOVERY** |
| ROBERT MARC WEINBERG, | ) | **DISCLOSURES** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW, Defendant **ROBERT MARC WEINBERG** ("Weinberg") who hereby submits the following pre-discovery disclosures pursuant to FRCP 26 (a)(1) and Local Rule 16.2 C J (d).

A.  **Persons with Potentially Discoverable Information**

1. Robert Marc Weinberg, Defendant. Weinberg has knowledge of the circumstances surrounding the automobile accident which is the subject of the case, who can be contacted through Defendant's counsel.

2. Defendant incorporates by reference as if fully set forth herein the persons identified by Plaintiff in his pre-discovery disclosure statement.

B.  **Description of Relevant Documents**

1. Documents identified by Plaintiff at item B. 1-3 of Plaintiff's pre-discovery disclosure statement are hereby incorporated by this reference as if fully set forth herein.

D.  **Insurance Information**

1. The USAA Policy of Automobile and Liability Insurance issued to Defendant Weinberg, as insured.

Respectfully submitted this 30th day of November, 2007.

        **LAW OFFICE OF S. JOSHUA BERGER**
        Attorneys for Robert Marc Weinberg


        By /s/ S. Joshua Berger /s/
P075192.RTT.wpd         S. JOSHUA BERGER
        CNMI Bar No. F0173