1  MAIR, MAIR, SPADE & THOMPSON
   A Professional Corporation
2  Attorneys at Law
   238 A.F.C. Flores Street
3  Suite 801, DNA Building
   Hagåtña, Guam 96910
4  Telephone:  (671) 472-2089
   Facsimile:  (671) 477-5206
5

6  LAW OFFICES OF S. JOSHUA BERGER
   D'Torres Building, Garapan
7  P.O. Box 504340
   Saipan, MP 96950
8  Telephone:  (670) 235-8060
   Facsimile:  (670) 235-8070

9  Attorneys for Defendant Robert Marc Weinberg

10
                    IN THE UNITED STATES DISTRICT COURT
11                    FOR THE NORTHERN MARIANA ISLANDS

12

13  JOSEPH DLR GONZALES,            )   CIVIL CASE NO. 07-0026
                                    )
14           Plaintiff,             )
                                    )   **NOTICE OF MOTION AND**
15      v.                          )   **MOTION FOR PROTECTIVE**
                                    )   **ORDER**
16  ROBERT MARC WEINBERG,           )
                                    )   Hearing: June 12, 2008
17           Defendant.             )   Time: _____
                                    )
18  _____  )

19                              **NOTICE OF MOTION**

20          PLEASE TAKE NOTICE THAT, on June 12, 2008, at the hour of _____ __.m., in

21  the United States Court for the Northern Mariana Islands, Defendant Robert Marc Weinberg

22  ("Defendant") will move this Court for a motion for Protective Order.

23

## MOTION

COMES NOW, Defendant, who hereby moves this Court for a Protective Order pursuant to Federal R. Civ.P.26(c).

This Motion is based on the accompanying Motion/Memorandum and by all of the pleadings and proceedings heretofore had herein, as well as oral argument, if any, to be presented at the hearing on this Motion.

Respectfully submitted this 16th day of May, 2008.

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys for Defendant Robert Marc Weinberg

By_____
RANDALL TODD THOMPSON

P088044.RTT.wpd