UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

F I L E D
Clerk
District Court

MAY 22 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

JOSEPH DLR GONZALES,

Plaintiffs,

vs.

ROBERT MARC WEINBERG,

Defendant.

Civil Action No. 07-0026

<u>Order Setting Settlement
Conference</u>

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

S. Joshua Berger
Attorney at Law
P.O. Box 504340
Saipan, MP 96950

Randall T. Thompson
Attorney at Law
238 A.F.C. Flores St.
Hagatna Guam, 96910

IT IS ORDERED that a Settlement Conference in this case is scheduled for Wednesday, May 28, 2008, at 9:00 a.m.

DATED this 22nd day of May, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)