MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, DNA Building
Hagåtña, Guam 96910
Telephone:     (671) 472-2089
Facsimile:     (671) 477-5206


LAW OFFICES OF JOSHUA BERGER
D'Torres Building, Garapan
P.O. Box 504340
Saipan, MP 96950
Telephone:     (670) 235-8060
Facsimile:     (670) 235-8070

Attorneys for Defendant Robert Marc Weinberg


### IN THE UNITED STATES DISTRICT COURT
### FORTHE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| JOSEPH DLR GONZALES | ) | Civil Case No.: 07-0026 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **STIPULATION TO DISMISS WITH PREJUDICE** |
| | ) | |
| ROBERT MARC WEINBERG | ) | |
| Defendant | ) | |
| ———————————————— | ) | |

        It is hereby STIPULATED, by and through counsel to the parties in the above-captioned action that this matter be, and hereby is, immediately DISMISSED WITH PREJUDICE, pursuant to F.R. Civ. P. 41(a)(1), each party to bear its own costs and fees, including attorneys' fees, provided that this Court shall retain jurisdiction for the purpose of enforcing the settlement which led to the dismissal of this cause.

**LAW OFFICES OF S. JOSHUA BERGER**

Attorneys for Defendant Robert Marc
 Weinberg


BY /s/ S. Joshua Berger_____

Dated:_____June 9, 2008_____

**O'CONNOR BERMAN DOTSS & BANES**

Attorneys for Plaintiff Joseph Gonzales


By__/s/ David G. Banes_____

Dated:_____June 9, 2008_____

P088049.RTT