FILED
Clerk
District Court

JUN 10 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

JOSEPH DLR GONZALES,

Plaintiff,

vs.

ROBERT MARC WEINBERG,

Defendant.

Civil Action No. 07-0026

ORDER CLOSING FILE

David G. Banes
Attorney at Law
P.O. Box 501969

S. Joshua Berger
Attorney at Law
P.O. Box 504340

BASED UPON the parties' stipulation of dismissal with prejudice, and good cause appearing; NOW, THEREFORE, IT IS ORDERED that this file be and hereby is closed.

The Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms and provisions of the Settlement Agreement.

DATED this 10th day of June, 2008.

_____
Judge Alex R. Munson